## 47866. RELIABLE DRYWALL, INC. v. BENJAMIN et al.
## 47867. OAK CREEK DEVELOPMENT CORPORATION v. BENJAMIN et al.

BELL, Chief Judge. In this appeal from the denial of a summary judgment, the pleadings and the evidence present jury issues as to whether defendants were chargeable with knowledge of a dangerous condition and failed to warn plaintiff or to take steps to furnish a safe working area as well as to whether plaintiff touched the cable with knowledge that it was energized.

*Judgments affirmed. Deen and Quillian, JJ., concur.*
ARGUED FEBRUARY 5, 1973 —
DECIDED APRIL 13, 1973.

*Long, Weinberg, Ansley & Wheeler, Meade Burns, Dunaway, Shelfer, Haas & Newberry, William S. Shelfer, Jr.,* for appellants.

*Powell, Goldstein, Frazer & Murphy, Robert W. Patrick, Jerry B. Blackstock, Robert M. Travis, Troutman, Sanders, Lockerman & Ashmore, Robert L. Pennington, David H. Flint,* for appellees.